```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
                            ROME DIVISION

IN RE: DONNIE STEPHENS AND          {   CHAPTER 13
       KIMBERLY ANN STEPHENS,       {
                                    {
       DEBTOR(S)                    {   CASE NO. R19-41659-BEM
                                    {
                                    {   JUDGE ELLIS-MONRO
```

**OBJECTION TO CONFIRMATION**

    COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1.  The Debtor(s)' payments under the proposed plan are not current.

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

```
                              _____/s/_____
                              Albert C. Guthrie, Attorney
                              for Chapter 13 Trustee
                              GA Bar No. 142399
```

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com

R19-41659-BEM

**CERTIFICATE OF SERVICE**

    This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

DONNIE STEPHENS
4415 N. EMERALD DRIVE
COHUTTA, GA 30710-9349

KIMBERLY ANN STEPHENS
4415 N. EMERALD DRIVE
COHUTTA, GA 30710-9349

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

This 3rd day of September 2019


_____/s/_____
Albert C. Guthrie, Attorney
State Bar No. 142399




Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com